UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN LITTLE, | ) | CASE NO.: C08-0153-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | § 1983 COMPLAINT WITHOUT |
| T. BLOSS, et al., | ) | PREJUDICE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's § 1983 complaint and this action are DISMISSED, without prejudice; and,

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this _18th day of _____March_____, 2008.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
U.S. District Judge