# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN LITTLE,

       Plaintiff,

         v.

T. BLOSS, et al.,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C08-0153-MJP

  ___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     The Report and Recommendation is adopted and approved.  Plaintiff's § 1983 claims and this case are dismissed without prejudice.

     Dated this __18th_ day of _____March_____, 2008.

                            BRUCE RIFKIN
                             Clerk

                          _/s Mary Duett_____
                          Deputy Clerk